UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

```
UNITED STATES OF AMERICA    )
                            )        3:05CR400-11-FDW
                            )
                            )
       vs.                  )
                            )
                            )
Joshua Grimes               )
                            )
              Defendant.    )
                            )
```

### Order Related to Affidavit Issue Referenced in Document 168

It appears to the court that the two parties to the previously scheduled hearing, see prior order-document 168, Joshua Grimes and the United States, have reached a joint resolution to this issue. Therefore, it appears that this issue is moot and the October 23, 2007 hearing is hereby canceled.

Signed: October 19, 2007

Frank D. Whitney
United States District Judge